**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2425**

ANTHONY GLENN JAMES,

        Plaintiff - Appellant,

    v.

JOHN SONNENDECKER, ATF Agent; CHRISTOPHER SCOTT LIETZOW, U.S. Attorney; JANET CARRA HENDERSON, U.S. Attorney; WILLIAM CROCKETTE, Charleston P.D. - ATF Liasion,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Timothy M. Cain, Chief District Judge.  (2:23-cv-03298-TMC)

Submitted:  April 23, 2026                                        Decided:  April 27, 2026

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Glenn James, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Glenn James appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on James's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. James fails to allege sufficient facts showing that his claims constitute constitutional violations recognized by *Bivens*. Moreover, Appellees Christopher Lietzow and Carra Henderson are protected by absolute prosecutorial immunity. Accordingly, we affirm the district court's order. *James v. Sonnendecker*, No. 2:23-cv-03298-TMC (D.S.C. Nov. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2